B. F. Guinan, Inc., complainant, v. Chicago & Milwaukee Steamship Company, defendant.

Frank Finsthwait, intervening petitioner, appellant, v. Chicago Title & Trust Company, receiver for Chicago & Milwaukee Steamship Company, appellee. Gen. No. 32,083.

Opinion filed July 9, 1928.

Defrees, Buckingham & Eaton, for appellant. Kremer, Branand & Hamer, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Federal Motor Truck Company, appellant, v. E. L. Cook, appellee. Gen. No. 32,524.

Opinion filed July 9, 1928. Rehearing denied July 20, 1928.

Zane, Morse & Norman, for appellant. Rathje, Wesemann, Hinckley & Barnard, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

E. G. McKee, appellee, v. G. B. Niles, trading as Jack Niles & Company, appellant. Gen. No. 32,724.

Opinion filed July 9, 1928. Rehearing denied July 20, 1928.

Culver, Andrews & King, for appellant; James B. McKeon, of counsel. Phil S. Roe and David Larson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Frances Forrest, by William Forrest, defendant in error, v. Frank Chmeler et al., plaintiffs in error. Gen. No. 32,753.

Opinion filed July 10, 1928.

F. O. Floberg, for plaintiffs in error. Simons, De Souchet & Contarsy, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.